**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SPANG & COMPANY, | ) |
| | ) 2:05cv878 |
| Plaintiff, | ) Electronic Filing |
| | ) |
| v. | ) Judge Cercone |
| | ) Magistrate Judge Caiazza |
| ELECTRO MAGNETIC PRODUCTS, | ) |
| INC., | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM ORDER**

On July 5, 2007, the Plaintiff filed a Motion for
Confirmation of Arbitration Award (Document No. 23), indicating
that judgment should be entered against the Defendant in the
amount of $127,391.99. *See generally id.* In response, the
Defendant agrees that judgment may be so entered. *See* Def.'s
Resp. (Document No. 24). Counsel notes however that, except for
costs already included in the judgment amount, the arbitration
ruling directs that "the parties shall not be required to
reimburse each other for any costs, expenses or fees." *See id.*
at 1 (quoting arbitration award). Accordingly, counsel asks that
the following language be added to the Plaintiff's proposed
order:

> It is further ORDERED, ADJUDGED and DECREED
> that each party shall bear its own costs in
> this action.

*See* Def.'s proposed order (attached as ex. to Document No. 24).

The magistrate judge in this case advises that, on July 12, 2007, his chambers left a message for Plaintiff's counsel asking whether Spang & Company wished to be heard regarding the suggested additional language.  The Plaintiff has expressed no such desire, and the court may rely on the statements of Defense counsel, made under the auspices of Federal Rule 11(b), that the proposed language is appropriate.

For these reasons, the Plaintiff's Motion for Confirmation of Arbitration Award (**Document 23**) is **GRANTED**, and the court rules as follows:

It is hereby ORDERED, ADJUDGED and DECREED that the Award entered by Thomas L. Allen, Esquire, dated June 6, 2007, is CONFIRMED.  It is further ORDERED, ADJUDGED and DECREED that judgment will be entered in favor of Spang & Company and against Electro Magnetic Products, Inc. in the amount of $127,391.99. It is further ORDERED, ADJUDGED and DECREED that EMP shall return the Confidential Information and Equipment as directed in the Arbitrator's award.  It is further ORDERED, ADJUDGED and DECREED that each party shall bear its own costs in this action.

THESE THINGS ARE SO ORDERED on this ___19___ day of _____, 2007.

David Stewart Cercone
United States District Judge

-2-

cc:   Honorable Francis X. Caiazza
      United States Magistrate Judge

      John M. Pierce, Esquire
      Mark A. May, Esquire
      Robert M. Linn, Esquire
      Cohen & Grigsby
      11 Stanwix Street
      15th Floor
      Pittsburgh, PA 15222-1319

      Robert J. Ridge, Esquire
      Stuart C. Gaul, Jr., Esquire
      Thorp, Reed & Armstrong
      301 Grant Street
      One Oxford Centre, 14th Floor
      Pittsburgh, PA 15222-4895